PD1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/19/2015 3:30:34 PM
Accepted 5/22/2015 9:32:51 AM
ABEL ACOSTA
CLERK

LAW OFFICES

GOLDSTEIN, GOLDSTEIN AND HILLEY

310 S. ST. MARY'S STREET, SUITE 2900
SAN ANTONIO, TEXAS 78205-3117

ELI GOLDSTEIN
(1910-1998)
GERALD H. GOLDSTEIN
LICENSED IN TEXAS AND COLORADO
VAN G. HILLEY
CYNTHIA HUJAR ORR
DONALD H. FLANARY, III

AREA CODE 210
TELEPHONE 226-1463

AREA CODE 210
FACSIMILE 226-8367

May 19, 2015

Court of Criminal Appeals
Attn: Abel Acosta, Clerk of the Court
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

FILED IN
COURT OF CRIMINAL APPEALS

May 22, 2015

ABEL ACOSTA, CLERK

**RE:** *Jon Thomas Ford vs. State of Texas*, Cause No. PD-1396-14 in the Court of Criminal Appeals, Austin, Texas.

Dear Mr. Acosta,

Undersigned counsel for Jon Thomas Ford, Appellant, respectfully notifies the judges of this Honorable Court that she will bring two (2) additional cases to their attention at oral argument set on May 20, 2015, in regard to the above entitled and numbered cause.

Those two (2) cases are as follows:

> *ACLU v. Clapper*, 2015 U.S. App. LEXIS 7531, ____ F.3d ____ (2d Cir. May 7, 2015); and

> *United States v. Davis*, 2015 U.S. App. LEXIS 7385, ____ F.3d ____ (11th Cir. May 5, 2015).

Thank you for your attention to this matter. Please do not hesitate to contact my office if you have any questions.

Sincerely,

*/s/ Cynthia E. Orr*

Cynthia E. Orr
Goldstein, Goldstein & Hilley

cc: ADA Jay Brandon